*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, KIRKBY, and DALY
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Jonathan L. ERVIN**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202300009**

_____

Decided: 18 October 2023

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Glen R. Hines (arraignment)
Nicholas S. Henry (motions, trial)

Sentence adjudged 6 September 2022 by a general court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for five years, forfeiture of all pay and allowances, and a dishonorable discharge.[1]

For Appellant:
*Lieutenant Jackson M. Beach, JAGC, USN*

---

[1] Appellant was credited with having served 383 days of confinement.

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

J. TRAVIS WILLIAMSON
Acting Clerk of Court

———————————

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.